SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, GABRIEL DORSEY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY, | Case No.: 2:19-cv-09265 DSF (PJWx) |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| SEAFOOD HOUSE INC; HAW LAY I, L.L.C.; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff Gabriel Dorsey ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 21, 2020                     **SO. CAL EQUAL ACCESS GROUP**

                                          _/s/ Jason J. Kim_
                                          JASON J. KIM
                                          Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE